## UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HUMAN RIGHTS DEFENSE CENTER** | ) | |
| 1028 N. Federal Highway | ) | |
| Lake Worth Beach, FL 33460 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. |
| **WASHINGTON METROPOLITAN AREA** | ) | |
| **TRANSIT AUTHORITY** | ) | |
| 600 5th Street, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

This lawsuit is an action under the Public Access to Records Policy ("PARP")

promulgated by the Washington Metropolitan Area Transit Authority ("WMATA"). Under the

PARP, the Human Rights Defense Center seeks production of records in the custody and control

of WMATA.

### JURISDICTION AND VENUE

1.  This Court has jurisdiction over this action under Section 81 of the WMATA Compact,

    D.C. Code § 9-1107.01, which provides that "[t]he United States District Courts shall

    have original jurisdiction . . . of all actions brought by or against [WMATA]." Section

    9.3.2 of the PARP also provides that "[i]n accordance with Section 81 of the WMATA

    Compact, an action to enforce the [PARP] may be brought in any state or federal Court of

the United States located in the District of Columbia . . . without regard to the amount in controversy."

2. The Court also has jurisdiction under 28 U.S.C. §§ 1331, 2201(a) and 2202.

3. Venue is appropriate in this Court under 28 U.S.C. §1391.

## PARTIES

4. Plaintiff Human Rights Defense Center is a nonprofit charitable organization incorporated in the state of Washington, with principal offices in Lake Worth Beach, Florida.

5. Defendant WMATA is the multi-government agency that operates and administers the mass transit system in the Washington, D.C., metropolitan area.

## FACTS

Human Rights Defense Center's Background and Mission

6. The Human Rights Defense Center ("HRDC") was previously named Prison Legal News. It has spent the last twenty-nine years dedicated to public education, prisoner education, advocacy, and outreach to support the rights of prisoners and to further basic human rights.

7. To accomplish its mission, HRDC gathers information from governmental entities around the country and publishes the information in its journals and on its websites.

8.  HRDC publishes and distributes books, magazines, and other information containing news and analysis about prisons, jails and other detention facilities, prisoners' rights, court rulings, management of prison facilities, prison conditions, and other matters about the rights and interests of incarcerated individuals.

9.  HRDC publishes two magazines: *Prison Legal News (PLN)* and *Criminal Legal News (CLN)*.

10. *PLN* is a legal journal that reports news and litigation about carceral facilities. *PLN* has published monthly since 1990 and has around 9,000 subscribers in all 50 states. Based on reader survey results the estimated actual readership is around ten times that number. *PLN's* subscribers include lawyers, journalists, judges, courts, public libraries and universities. *PLN* also maintains a website that receives around 100,000 visitors per month based on site analytics.

11. *CLN* is a legal journal launched in November 2017. *CLN* reports on criminal law decisions from the states and federal systems, focusing on legal developments affecting the fact and duration of confinement. *CLN* also covers civil rights litigation against police, prosecutors, and court systems.

12. Through its publishing arm, HRDC also publishes books about the criminal justice system and legal issues affecting prisoners.

WMATA

13.  WMATA operates its own police force, the Metro Transit Police Department. This

Police Department has jurisdiction and arrest powers throughout the region, covering a
population of 3.2 million.

14. The PARP is WMATA's administrative equivalent to the federal Freedom of
Information Act, 5 U.S.C. § 552, *et seq.*, and mirrors the FOIA in all relevant respects.
PARP § 1.0, https://www.wmata.com/about/records/public_docs/upload/PI-209-
203_Public-20Access-20to-20Records_FINAL-2001-2017-202019.pdf.

Request at Issue

15. On February 5, 2019, HRDC employee Michelle Dillon sent a PARP request.

16. The request sought, for cases in which the agency or insurers paid $1,000 or more to
resolve claims "a copy of the verdict, settlement or judgment in each case showing the
dollar amount paid, the identity of the plaintiff/claimant and the legal identifying
information for each lawsuit or claim or attorney fee award," and "a copy of the
complaint (if it was a lawsuit) or the claim (if it was not)."

17. On February 22, 2019, WMATA responded by email, with a request for clarification
and more information. The response asked for clarification on the timeframe for which
records were sought and for more information to support the request for a fee waiver.

18. On February 25, Ms. Dillon responded by email. She clarified that the intended time
period was January 1, 2010 to the start of the processing the request.

19. As to the fee waiver request, she wrote:

    HRDC is a member of the news media and disclosure of the requested

information is in the public interest. HRDC is the publisher of Prison Legal News and Criminal Legal News, as well as several books about the criminal justice system and legal issues affecting prisoners.

Prison Legal News is a legal journal that reports news and litigation concerning carceral facilities. PLN covers corrections news and analysis and criminal justice-related issues on a national level. PLN has published monthly since 1990 and has approximately 9,000 subscribers in all 50 states. Based on reader survey results the estimated actual readership is around ten times that number. PLN's subscribers include lawyers, journalists, judges, courts, public libraries and universities. PLN also maintains a website that receives approximately 100,000 visitors per month based on site analytics.

Criminal Legal News is a legal journal. HRDC launched the inaugural issue in December 2017. CLN reports on criminal law decisions from all 50 states and the federal court system, focusing on legal developments affecting the fact and duration of confinement and sentences. CLN also covers civil rights litigation against police, prosecutors and court systems.

Both journals have an extensive history of covering litigation against law enforcement agencies.

As evidenced by news coverage, there is increasing interest about WMATA's activities, such as the criminalization of fare evasion. See, for example, the coverage in the Washington Post on this topic on December 5, 2018; however, as of this date no publicly accessible, comprehensive record of claims and litigation resolved against WMATA has been made available.

The request made to WMATA is part of a larger project undertaken by HRDC to gather, catalogue, and make public records of claims and litigation against law enforcement agencies across the country. The records obtained through this public records will provide more detailed information for use in stories published in PLN and CLN and will also be incorporated into the final report which is expected to result from this project.

Under the federal FOIA standards, substantially similar to WMATA's PARP, for a substantially similar request, the United States District Court for the District of Columbia has already found that HRDC is entitled to a fee waiver. *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C. 2006).

Examining specific instances of how government operations are being managed and operated and how tax dollars are being expended is the hallmark of understanding government. Therefore, this public records request is in line with records of vital and contemporary interest to the public. HRDC, with its history of targeted publication in this area, is qualified to receive a fee waiver for this request.

20. On March 25, 2019, WMATA denied the request for a fee waiver and refused to provide any documents, claiming the request was too burdensome.

21. On April 15, Ms. Dillion filed an administrative appeal.

22. On May 28, 2019, WMATA denied the appeal.

### HRDC's Claim for Relief

23. HRDC incorporates paragraphs 1 -22 by reference.

24. WMATA wrongly withheld documents responsive to the Human Rights Defense Center's properly submitted request.

25. HRDC has a right to the records it seeks, and there is no basis for the WMATA to withhold them.

26. HRDC has a right to a fee waiver.

27. As a result, by failing to grant a fee waiver and release the records specifically requested by HRDC, WMATA has violated PARP.

### Requested Relief

HRDC therefore respectfully requests that this Court:

1. Declare that the records sought by HRDC are subject to PARP;

2. Declare that HRDC is entitled to a fee waiver;

3.  Order WMATA to disclose the requested records;

4.  Award costs and attorney's fees pursuant to the PARP § 9.3.4;  and

5.  Grant such other relief as the Court may consider just and proper.

Date: July 15, 2019.

Respectfully submitted,

*/s/ Deborah M. Golden*
Deborah M. Golden
Human Rights Defense Center
316 F Street, NE #107
Washington, DC 20002
(202) 543-8100
(202) 630-0332 (cell)
D.C. Bar No. 470-578